FILED
April 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002592632

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. **08-31913-B-7** |
| **BALWINDER SINGH DULKU**<br>**KULWINDER KAUR DULKU** | DC NO. **JRR-4** |
| Debtor(s).        / | DATE: **MAY 18, 2010**<br>TIME: **9:32 A.M.**<br>COURTROOM: **32** |

**TRUSTEE'S MOTION TO ABANDON PROPERTY OF THE ESTATE**
**[11 U.S.C. § 554]**

The Trustee of the estate of the above-named debtor(s) intends to abandon the following property of the debtor(s) pursuant to 11 U.S.C. §554:

    1.    Description of Property:

        a.    **Vacant Lot commonly known as 460 Rockport Circle, Folsom, CA APN 072-0830-028-0000**

    2.    Careful investigation reveals that said property is validly encumbered by virtue of the following security interests:

        a.    Abstract of Judgment in favor of Tri Counties Bank in the face amount of $37,127.89, recorded October 3, 2007.

        b.    Deed of Trust in favor of Gulinder Gill in the face amount of $75,000.00, recorded April 3, 2008.

        c.    Delinquent real property taxes in the approximate amount of $2,400.00.

3. Investigation further reveals that the current fair market value is:

    a. **$110,000.00**

4. The Trustee attempted to sell the property and actually received an offer. However, when the title company ran the Preliminary Title Report the Abstract of Judgment in favor of Tri Counties Bank surfaced. This lien was not disclosed on the debtors' bankruptcy petition and schedules.

5. The above-described property is a burdensome asset to this estate for the reason(s) set forth below; and investigation reveals there is no likelihood said property can be sold for an amount sufficient to realize any monies into the estate.

6. Trustee wishes to abandon same for the following reason(s):

    a. Liens exceed the value of the property.

    b. There is no equity for the bankruptcy estate.

WHEREFORE, the Trustee prays he be authorized to abandon the above-described property as a burdensome asset.

DATED: April 28, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919